# United States District Court

## Southern District of Georgia

Isaac Livingston

_____
Plaintiff

Case No.  25-cv-00264

v.  Owens Corning, a Foreign Profit Corporation

_____
Defendant

Appearing on behalf of

_____Defendant_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This   19th   day of   November  ,  2025  .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Geddes Dowling Anderson

Business Address:   Murphy Anderson Law
                    Firm/Business Name

1501 San Marco Blvd.
Street Address

Jacksonville    FL    32207
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

904-380-8093
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   ganderson@murphyandersonlaw.com