# United States District Court
## Southern District of Georgia

Isaac Livingston

_____
Plaintiff

Case No. __25-cv-00264__

v.   Owens Corning, a Foreign Profit Corporation

Appearing on behalf of

_____Defendant_____
(Plaintiff/Defendant)

Defendant

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __19th__ day of __November__, __2025__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Catherine Mitchell Licandro

Business Address: Murphy Anderson Law
Firm/Business Name

1501 San Marco Blvd.
Street Address

Jacksonville   FL   32207
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

904-380-8093
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: clicandro@murphyandersonlaw.com