**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ISAAC LIVINGSTON,

Plaintiff,

v.

OWENS CORNING, a Foreign Profit Corporation,

Defendant.

CIVIL ACTION NO.: 4:25-cv-264

**ORDER**

Before the Court is a "Notice of Voluntary Dismissal With Prejudice," signed by counsel for Plaintiff, which states that Plaintiff "hereby dismisses this action with prejudice," with each party to bear its own costs and attorney's fees. (Doc. 22.) Because Defendant has filed an Answer, (see doc. 6), and the dismissal notice was not signed by counsel for Defendant, the Court, in a prior Order, (doc. 23), construed the filing as a motion, pursuant to Federal Rule of Civil Procedure 41(a)(2), for dismissal "at the plaintiff[s'] request . . . by court order, on terms that the court considers proper." See Fed. R. Civ. P. 41(a)(1) ("[T]he plaintiff may dismiss an action without a court order [only] by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."). The deadline for filing any sort of response or objection to Plaintiff's proposed dismissal has expired. Plaintiff's filing did not propose or request any specific terms (other than that the dismissal be with prejudice), and Defendant has not filed any sort of response opposing dismissal or requesting any terms for the dismissal. Accordingly, the Court **GRANTS**

the motion, (doc. 22), **DISMISSES** the action **WITH PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 6th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA